IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES STANTON SULLIVAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF DADEVILLE, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:24-cv-463-RAH |

## **ORDER**

On September 9, 2024, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 6.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 6) is ADOPTED;

2. This case is DISMISSED WITHOUT PREJUDICE.

DONE, on this the 23rd day of October 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE